FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06CR277-WKW |
| | ) | [21 USC 841(a)(1); |
| | ) | 18 USC § 922(g)(1); |
| MAURICE COX | ) | 26 USC § 5841; |
| | ) | 26 USC § 5861(d); |
| | ) | 26 USC § 5871] |
| | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about March 2, 2006, in Geneva County, within the Middle District of Alabama,

MAURICE COX,

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute cocaine base ("crack"), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

Beginning from an unknown date and continuing up to and including May 2, 2006, in Geneva County, within the Middle District of Alabama,

MAURICE COX,

defendant herein, having been convicted of the following felony, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit: February 1, 1996, Possession of a Controlled Substance, Case Number CC-95-88, in the Circuit

Court of Geneva County, Alabama; did knowingly possess in and affecting commerce a firearm and ammunition, to-wit: a Savage Arms, Model 77C, 12 gauge shotgun and fifteen live rounds of PMC .243 caliber ammunition, five live rounds of Speer .41 caliber magnum ammunition, five live rounds of R.P. .45 caliber ammunition, thirty-eight live rounds of Magtec .32 caliber ammunition and four live rounds of Federal 12 gauge 00 buck ammunition. All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

Beginning from an unknown date and continuing up to and including May 2, 2006, in Geneva County, within the Middle District of Alabama,

MAURICE COX,

defendant herein, knowingly received and possessed a firearm, to-wit: a Savage Arms, Model 77C, 12 gauge shotgun, with a "short barrel" of less than 18 inches, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 4

Beginning from an unknown date and continuing up to and including May 2, 2006, in Geneva County, within the Middle District of Alabama,

MAURICE COX,

defendant herein, did knowingly and intentionally possess with intent to distribute five grams or more of cocaine base ("crack"), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
VERNE H. SPEIRS
Assistant Untied States Attorney