**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 1:06CR277-WKW** |
| | ) | |
| **MAURICE COX** | ) | |

**GOVERNMENT'S MOTION FOR DETENTION HEARING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

   This case is eligible for a detention order because this case involves:

   _____     Crime of violence (18 U.S.C. § 3156)

   _____     Maximum sentence of life imprisonment or death

   _____     10 + year drug offense

   _____     Felony, with two prior convictions in the above categories

   _____     Serious risk the defendant will flee

   _____     Serious risk of obstruction of justice

   _____     Felony involving a minor victim

   ___X___     Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

   _____     Failure to register a sex offender (18 U.S.C. § 2250)

2. Reason For Detention

   The Court should detain defendant because there are no conditions of release which will reasonably assure:

   X     Defendant's appearance as required

   X     Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

         Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

         Previous conviction for "eligible" offense committed while on pretrial bond

         A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4. <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

         At the initial appearance

   X     After continuance of <u>3</u> days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 22nd day of November, 2006.

               LEURA G. CANARY
               United States Attorney

               <u>/s/ Verne Speirs</u>
               VERNE SPEIRS
               Assistant United States Attorney
               Post Office Box 197
               Montgomery, Alabama 36101-0197
               334.223.7280
               334.223.7135 fax
               verne.speirs@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 1:06CR277-WKW** |
| | ) | |
| **MAURICE COX** | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

    Respectfully submitted,
    LEURA G. CANARY
    UNITED STATES ATTORNEY

    <u>/s/ Verne Speirs</u>
    VERNE SPEIRS
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334.223.7280
    334.223.7135 fax
    verne.speirs@usdoj.gov