IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA  )
            )
  v.         )  CR. NO. 2:06cr277-WKW
            )
MAURICE COX      )

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL
REFORM ACT**

Upon the motion of the government (Doc. # 4) and the government's amended motion for detention hearing (Doc. # 5), and for good cause, it is

ORDERED that the motions be and hereby are GRANTED.  A detention hearing is set for November 28, 2006 at 9:00 a.m. in Courtroom 5-B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.  Pending this hearing, the defendant shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 27th day of November, 2006.

/s/ Susan Russ Walker     
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE