**COURTROOM DEPUTY'S MINUTES**             **MIDDLE DISTRICT OF ALABAMA**

---

| | |
|---|---|
| ❐ INITIAL APPEARANCE | DATE: November 28, 2006 |
| ❐ BOND HEARING | |
| √ DETENTION HEARING | Digital Recording 10:34 - 11:34 |
| ❐ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❐ REMOVAL HEARING (R.40) | |
| √ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker      **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06cr277-WKW              **DEFENDANT NAME:** Maurice Cox

**AUSA:** Verne Speirs                **DEFT. ATTY:** Kevin Butler

                       **Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Tamara Martin

**Interpreter needed:** ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| ❐ | Date of Arrest or ❐ Arrest Rule 40 |
| ❐ | Deft First Appearance. Advised of rights/charges. ❐ Prob/Sup Rel Violator |
| ❐ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❐ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❐ | Panel Attorney Appointed; ❐ to be appointed - prepare voucher |
| ❐ | Deft. Advises he will retain counsel. Has retained _____ |
| ❐ | ❐ Government's ORAL Motion for Detention Hrg. ❐ to be followed by written motion; ❐ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing √ held |
| ❐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❐ | Release order entered. Deft advised of conditions of release |
| ❐ | ❐ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❐ | Bond not executed. Defendant to remain in Marshal's custody |
| ❐ | Deft. ORDERED REMOVED to originating district |
| ❐ | Waiver of ❐ preliminary hearing; ❐ Waiver Rule 40 hearing |
| ❐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ❐Set for DISCOVERY DISCLOSURE DATE: 12/1/06 |
| √ | WAIVER of Speedy Trial.    CRIMINAL TERM:   April 23, 2007 |
| ❐ | NOTICE to retained Criminal Defense Attorney handed to counsel |

**DETENTION HEARING PROCEEDINGS:**

| | |
|---|---|
| **10:35 a.m.** | **Testimony begins** |
| | **Mr. Butler's direct examination (Kimmerlin)** |
| **10:42 a.m.** | **Government's cross examination (Kimmerlin)** |
| **10:47 a.m.** | **Mr. Butler's re-direct examination (Kimmerlin)** |
| **10:50 a.m.** | **Court's questions to witness (Kimmerlin)** |
| **10:51 a.m.** | **Mr. Butler's further re-direct examination (Kimmerlin)** |
| | **Defendant rests** |
| **10:52 a.m.** | **Government and Defendant's agreed stipulation and Government's proffer to the court regarding testimony of Agent Fitzpatrick and testimony of Tamara Martin** |
| **10:54 a.m.** | **Court's statements to Government that evidence needs to be presented** |
| **10:55 a.m.** | **Government's direct examination (Fitzpatrick)** |
| **11:01 a.m.** | **Defendant's cross examination (Fitzpatrick)** |
| **11:15 a.m.** | **Government's re-direct examination (Fitzpatrick)** |
| | **Mr. Butler stipulations that Mrs. Martin would state facts set out in the Pretrial Services Report** |
| **11:16 a.m.** | **Government's response** |
| | **Mr. Butler's further stipulation** |
| **11:17 a.m.** | **Court's questions to witness (Martin)** |
| **11:19 a.m.** | **Government's direct examination (Martin)** |
| **11:20 a.m.** | **Mr. Butler's cross examination (Martin)** |
| **11:21 a.m.** | **Mr. Butler's rebuttal examination (Kimmerlin)** |
| **11:23 a.m.** | **Government rests** |
| | **Mr. Butler's oral arguments** |
| **11:27 a.m.** | **Government's oral arguments** |
| **11:29 a.m.** | **Court will detain defendant** |
| | **Defendant arraigned. Defendant's plea of not guity** |
| **11:34 a.m.** | **Court recessed** |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    *
                            *
VS.                         *        2:06cr277-WKW
                            *
MAURICE COX                 *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Timothy Fitzpatrick | 1. Maurice Kimmerlin |
| 2. Tamara Martin | |