IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:06CR00277-WKW-SRW-1 |
| | * |
| MAURICE COX, | * |
| | * |
| DEFENDANT. | * |

RECEIVED 2006 DEC 14 P 12: 07

## NOTICE OF APPEARANCE

Comes now the undersigned counsel and enters her appearance in this cause as Counsel for Maurice Cox.

Respectfully submitted this 14th day of December 2006.

_____
Denise A. Simmons, ASB5019-I32D

Address of Counsel:
Law Office of
Susan G. James & Associates
600 S. McDonough Street
Montgomery, Alabama 36104
334/269-3330
Fax: 334/263-4888

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2006 I filed the foregoing with the Clerk of Court and sent notification of such filing to the following:

Verne H. Speirs
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

_____
Of Counsel