IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | CASE NO: 1:06-cr-277-WKW |
| | ) | |
| MAURICE COX | ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and moves to withdraw as counsel for defendant on the following ground:

1. Defendant has retained Attorney Susan Graham James as his attorney, and a notice of appearance was filed on December 13, 2006.

WHEREFORE, based upon the above, undersigned counsel requests that his motion to withdraw as counsel for defendant be granted.

Dated this 15th day of December, 2006.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**MOTION GRANTED**

THIS 18th DAY OF December, 20 06

_____
UNITED STATES MAGISTRATE JUDGE