| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: December 18, 2006 |
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:38 - 3:39 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| PRESIDING MAG. JUDGE. Susan Russ Walker | DEPUTY CLERK: Joyce Taylor |
| CASE NUMBER: 2:06cr277-WKW | DEFENDANT(S)   Maurice Cox |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Hardwick standing in for Verne Speirs | * | Denise Simmons |

☐ **DISCOVERY STATUS:**
   New counsel has not received discovery yet from previous counsel Mr. Bethel

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Counsel has not talked with defendant yet
   Notice of intent to change plea to be filed on or before noon on 4/11/07

☐ **TRIAL STATUS**
   Trial time - 2 days

☐ **REMARKS:**