IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:06CR00277-WKW-SRW-1 |
| | * |
| MAURICE COX, | * |
| | * |
| DEFENDANT. | * |

## MOTION FOR BOND

Comes now Maurice Cox by and through undersigned counsel and files this motion seeking release on bond in order to obtain medical treatment and in support thereof states the following:

1. Cox was arrested on November 22, 2006.  The Government moved for detention and he is being detained.

2. While incarcerated at the Montgomery County Jail, Cox has experienced life threatening medical problems requiring three separate transports to a local hospital.  His blood pressure has been at high and gravely dangerous limits.  He has also experienced body pains symptomatic of a heart attack.

3. Prior to this period of confinement, Cox was being treated by Dr. John Simmons, in Geneva, Alabama and his medical condition was manageable and under control.

4. Cox has advised undersigned counsel that he is not being given the proper and recommended medical care at the City Jail and that his prescribed medication is being sporadically given.  This information has been provided by the undersigned to the jail Warden and Pam

Hading, Deputy U. S. Marshal. Despite these advisements Cox continues to be denied proper medical treatment.

5. Counsel believes without this Court's intervention Cox is in imminent peril. There are reasonable conditions that could be placed on Cox if released from custody to ensure community safety and his appearance for future court proceedings.

6. Counsel is requesting the Court's immediate attention to this matter.

Respectfully submitted,

>s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne H. Speirs
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

>s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012