MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE            AT MONTGOMERY, ALABAMA

DATE COMMENCED:    December 22, 2006                    2:03 p.m.

DATE COMPLETED:    December 22, 2006                    2:54 p.m.


UNITED STATES OF AMERICA            *

vs                                  *        2:06cr277-WKW

MAURICE COX                         *

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| | * | |
| Verne Speirs | *    Susan James | |
| | * | |
| | * | |

## COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

---

## PROCEEDINGS:

### HEARING ON DEFENDANT'S MOTION FOR BOND (DOC #21)

| | |
|---|---|
| 2:03 p.m. | Court convenes. |
| | Susan James statements to the Court regarding problems with defendant's health conditions. |
| | Court's statements regarding health conditions and release. |
| | Susan James further statements regarding defendant's present health conditions. |
| 2:09 p.m. | Susan James direct examination. (Cox) |
| 2:21 p.m. | Court's questions to witness. (Cox) |
| 2:24 p.m. | Verne Speirs cross examination. (Cox) |
| 2:29 p.m. | Susan James re-direct examination. (Cox) |
| 2:30 p.m. | Susan James direct examination. (Kemmerlin) |
| 2:33 p.m. | Verne Speirs cross examination. (Kemmerlin) |
| 2:35 p.m. | Susan James direct examination. (Mendez) |
| 2:50 p.m. | Court's questions to witness. (Mendez) |
| 2:51 p.m. | Verne Speirs cross examination. (Mendez) |
| 2:53 p.m. | Susan James re-direct examination. (Mendez) |
| 2:54 p.m. | Defendant rests. |
| | Government rests. |
| 2:54 p.m. | Court ORAL ORDER denying defendant's Motion for Bond. |

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA               *
                                       *
VS.                                    *          2:06cr277-WKW
                                       *
MAURICE COX                            *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
| --- | --- |
| | 1. Maurice Cox |
| | 2. Maurice Kemmerlin |
| | 3. Dr. Marshal Mendez |

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

UNITED STATES OF AMERICA

V.

MAURICE COX

## GOVERNMENT'S EXHIBIT LIST

Case Number:  2:06cr277-WKW

| PRESIDING JUDGE SUSAN RUSS WALKER | GOVERNMENT'S ATTORNEY VERNE SPEIRS | DEFENDANT'S ATTORNEY SUSAN JAMES |
|---|---|---|
| TRIAL DATE (S) DECEMBER 22, 2006 | COURT REPORTER | COURTROOM DEPUTY JOYCE TAYLOR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/22/06 | | Yes | Commissary order - Maurice Cox |
| 2 | | 12/22/06 | | Yes | Medical Records & Nurse Notes - Maurice Cox |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.