**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **PLAINTIFF,** | * |
| | * |
| **v.** | * **CASE NO. 2:06CR00277-WKW-SRW-1** |
| | * |
| **MAURICE COX,** | * |
| | * |
| **DEFENDANT.** | * |

**MOTION TO CONTINUE TRIAL**

Comes now Maurice Cox, by and through undersigned Counsel and files this motion requesting that the presently set trial on April 24, 2007 be continued and in support thereof states the following:

1. According to the pretrial conference order jury selection is set for April 23, 2007. Counsel assumes that depending upon the Court's docket this case might begin on April 23 or April 24, 2007.

2. Counsel has been notified by the Sixth Circuit Court of Appeals that oral argument has been scheduled on April 24, 2007 in the case of *United States of America v. Stephen Keller*, Case No. 05-6562. Counsel has contacted the Sixth Circuit to notify them of this scheduling conflict. Counsel has learned that the Sixth Circuit disfavors postponing oral argument and it was suggested that a motion to continue the trial in this matter be submitted.

3. Counsel would advise the Court that she would need to travel on April 23, 2007 and return either late April 24 or early on April 25, 2007. This trial of this case is estimated to take two days.

4. Wherefore counsel would request this Court entertain continuing this trial until the next term.

Respectfully submitted,

S/Susan G. James

SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB7956J64S

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2007  I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne H. Speirs
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101


Respectfully submitted,


S/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB7956J64S