IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.   1:06-cr-277-WKW |
| MAURICE COX ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody MAURICE COX, into the custody of ATF Special Agents Tim Fitzpatrick, Jennifer Rudden, Will Panoke, and/or Geneva County Narcotics Unit Officer Tony Helms, on May 16, 2007, through October 1, 2007, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Special Agents Tim Fitzpatrick, Jennifer Rudden, Will Panoke, and/or Tony Helms to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 15th day of May, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280   Fax: (334)223-7135
E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.  1:06-cr-277-WKW |
| MAURICE COX ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan James, Esquire.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280   Fax: (334)223-7135
E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.  1:06-cr-277-WKW |
| MAURICE COX ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #   ), filed on May 15, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of MAURICE COX to ATF Special Agents Tim Fitzpatrick, Jennifer Rudden, Will Panoke, and/or Geneva County Narcotics Unit Officer Tony Helms, on May 16, 2007, through October 1, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents Tim Fitzpatrick, Jennifer Rudden, Will Panoke, and/or Tony Helms shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of May,  2007.

_____
UNITED STATES MAGISTRATE JUDGE