**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

May 15, 2007

# NOTICE OF CORRECTION

**From:**         **Clerk's Office**

**Case Style:**   **USA vs. Maurice Cox**

**Case Number:**  **1:06cr277-WKW**

This Notice of Correction has been filed in the above referenced case to notice parties that this case has been corrected to reflect that this is a Southern Division case pursuant to the Indictment filed November 16, 2006.