IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.   1:06-cr-277-WKW |
| MAURICE COX ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner (Doc. # 28), filed on May 15, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of MAURICE COX to ATF Special Agents Tim Fitzpatrick, Jennifer Rudden, Will Panoke, and/or Geneva County Narcotics Unit Officer Tony Helms, on May 16, 2007, through October 1, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Special Agents Tim Fitzpatrick, Jennifer Rudden, Will Panoke, and/or Tony Helms shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 15th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE