IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:06CR00277-WKW-SRW-1 |
| | * |
| MAURICE COX, | * |
| | * |
| DEFENDANT. | * |

### MOTION TO CONTINUE TRIAL

Comes now Maurice Cox, by and through undersigned Counsel and files this motion requesting that the presently set trial on June 4, 2007 be continued and in support thereof states the following:

1. Counsel, defendant, and the United States Attorneys Office are presently in negotiations which are likely to result in a plea in this matter.

2. Undersigned counsel requests that this matter be continued. The United States Attorney has no objection.

Respectfully submitted,

S/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB7956J64S

### CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne H. Speirs
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

S/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB7956J64S