```
            IN THE UNITED STATES DISTRICT COURT FOR
               THE MIDDLE DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 1:06CR277-WKW |
| ) | |
| MAURICE COX ) | |

### NOTICE OF INFORMATION TO ESTABLISH PRIOR CONVICTION PURSUANT TO TITLE 21, UNITED STATES CODE, SECTION 851

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides this Honorable Court and Defendant Maurice Cox with notice of information of a prior felony drug conviction for the purpose of increased punishment in accordance with Title 21, United States Code, Section 851.

Specifically, Defendant Maurice Cox was convicted of Unlawful Possession of a Controlled Substance, on or about February 1, 1996, in the Circuit Court of Geneva County, under case number CC-95-88.

The United States has provided the defendant with a certified copy of this previous conviction.

Respectfully submitted this 24th day of July, 2007.

```
                        LEURA G. CANARY
                        UNITED STATES ATTORNEY

                        /s/ Verne H. Speirs
                        VERNE H. SPEIRS
                        Assistant United States Attorney
                        131 Clayton Street
                        Montgomery, Alabama 36104-3429
                        (334) 223-7280
                        (334) 223-7138 Fax
                        verne.speirs@usdoj.gov
```

```
          IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE MIDDLE DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

UNITED STATES OF AMERICA      )
                              )
    v.                        )      CR. NO:1:06cr277-WKW
                              )
MAURICE COX                   )

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan James.

                          Respectfully submitted,

                          LEURA G. CANARY
                          UNITED STATES ATTORNEY

                          /s/ Verne H. Speirs
                          VERNE H. SPEIRS
                          Assistant United States Attorney
                          131 Clayton Street
                          Montgomery, Alabama 36104-3429
                          (334) 223-7280
                          (334) 223-7138 Fax
                          verne.speirs@usdoj.gov