FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| v. | * CASE NO. 2:06CR00277-WKW-SRW-1 |
| MAURICE COX, | * |
| DEFENDANT. | * |

**MOTION TO ALLOW DEFENDANT TO SEEK DENTAL SERVICES AND TO SELF-PAY**

Comes now Maurice Cox by and through undersigned counsel and files this motion to allow defendant to seek dental services and to self-pay for dental work and in support thereof states the following:

1. Cox is in the Montgomery City Jail.

2. Cox is in need of dental work that he will pay for himself. He only has seven teeth and is in need treatment. These remaining teeth need to be pulled.

3. He is having difficulty eating.

4. Wherefore Cox is requesting that the Court direct the Marshal Service to arrange for Cox to have dental treatment at his own expense.

Respectfully submitted,

s/Susan G. James
Susan G. James & associates
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334)263-4888
E-mail: sgjamesandassoc@aol.com
Bar No:ASB-7956-j64S

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Spiers
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

s/Susan G. James
Susan G. James & associates
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334)263-4888
E-mail: sgjamesandassoc@aol.com
Bar No:ASB-7956-j64S