IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          CR. NO. 1:06cr277-WKW
                                  )
MAURICE COX                       )

## ORDER

Upon consideration of defendant's motion to allow defendant to seek dental services

(Doc. # 45), filed August 13, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED to the extent that defendant

may request to see a doctor at the city jail through normal jail procedures.[1] If he believes that

he requires dental care, he should so inform the doctor, who is authorized to make a referral

to a dentist. The referral would then be forwarded to the Marshal's Service which, in turn,

would approve and set up any appointment for dental services.

DONE, this 17th day of August, 2007.


                          /s/ Susan Russ Walker
                          SUSAN RUSS WALKER
                          UNITED STATES MAGISTRATE JUDGE

---

[1] Records indicate that defendant last asked to see a doctor in January 2007.