IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:06CR00277-WKW-SRW-1 |
| | * |
| MAURICE COX, | * |
| | * |
| DEFENDANT. | * |

### MOTION TO CONTINUE SENTENCING

Comes now Maurice Cox, by and through undersigned Counsel and files this motion requesting that the presently set sentencing on October 24, 2007 be continued and in support thereof states the following:

1. Counsel is requesting that the sentencing of Cox be continued until after November 1, 2007 so Mr. Cox may receive the benefit of the new crack cocaine guideline adjustment.

2. Having his sentencing continued will make a substantial difference in his sentencing.

3. Undersigned counsel requests that this matter be continued. The United States Attorney has no objection.

Respectfully submitted,

S/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB7956J64S

### CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne H. Speirs
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

    S/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: ASB7956J64S