THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-CR-277-WKW |
| | ) | |
| MAURICE COX | ) | |

### UNITED STATES MOTION FOR DOWNWARD DEPARTURE PURSUANT TO U.S.S.G. 5K1.1 FOR SUBSTANTIAL ASSISTANCE

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to Section 5K1.1 of the United States Sentencing Guidelines, respectfully requests this Honorable Court to reduce defendant's offense by three (3) levels; as reasons therefore, submits the following:

1. From the time of his indictment, Defendant has agreed to cooperate with both agents of the United States and the State of Alabama.

2. Specifically, Defendant was debriefed by Agent Tony Helms of the Geneva County Drug Task Force. According to Agent Helms, Maurice Cox provided valuable information regarding drug trafficking and other crimes in Geneva County, Alabama. Although this information has not yet resulted in any arrests, it has created a number of active investigations into crimes and individuals not previously known to Geneva County law enforcement officials. Agent Helms believes that Defendant's information will lead to arrests. Defendant has agreed to cooperate with law enforcement, including providing testimony to the State of Alabama.

3. As part of the plea agreement, Defendant has waived his right to appeal and/or collaterally attack the sentence imposed in this case.

4. After providing information regarding criminal activity, the United States agrees that a certain degree of risk arises for Defendant's and their families.

Wherefore, premises considered, the United States moves this Honorable Court grant an downward departure, pursuant to U.S.S.G. 5K1.1, of 3 levels for Defendant's substantial assistance.

Respectfully submitted this the 23rd day of October, 2007.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          /s/ Verne H. Speirs
          VERNE H. SPEIRS
          Assistant United States Attorney
          Post Office Box 197
          Montgomery, Alabama 36101-0197
          334-223-7280
          334-223-7135 Fax
          verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-CR-277-WKW |
| | ) | |
| MAURICE COX | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Susan James.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Verne H. Speirs
    VERNE H. SPEIRS
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334-223-7280
    334-223-7135 Fax
    verne.speirs@usdoj.gov