IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-0277-WKW |
| | ) | |
| MAURICE COX | ) | |

## **ORDER**

Upon consideration of the defendant's unopposed Motion to Continue Sentencing (Doc.

#47), it is ORDERED that the motion is GRANTED.  The sentencing hearing is CONTINUED from

October 24, 2007, to **January 30, 2008, at 9:30 a.m.**

DONE this 23rd day of October, 2007.

        /s/   W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE