(Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: MAURICE COX
CASE NUMBER: 1:06cr277-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

42 Months on each Count to be served concurrently.

X The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that defendant be designated to a facility where intensive drug treatment is available and requests expedited processing to enable defendant to complete treatment.
The Court recommends that defendant be designated to a facility where medical issues can be addressed.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

RETURNED AND FILED
MAY - 5 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 4-22-08 to FCC Forrest City Low
at Forrest City AR, with a certified copy of this judgment.

T. C. Outlaw, Warden
UNITED STATES MARSHAL

By _____ LIE
DEPUTY UNITED STATES MARSHAL